VILMOS HAVASI *v.* DANBURY RECREATION
COMPANY ET AL.
(4572)

BORDEN, SPALLONE and BIELUCH, Js.

Argued May 7—decided May 7, 1986

*Gerald Hecht,* for the appellants (defendants).

*Ted D. Backer,* for the appellee (plaintiff).

PER CURIAM. There is no error.